SAM GLASSCOCK III
VICE CHANCELLOR

**COURT OF CHANCERY
OF THE
STATE OF DELAWARE**

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

June 28, 2017

Mr. Demetrius Bennett
28317 Adkins Road
Salisbury, MD 21801

> Re: *Estate of Walter E. Cannon*
> ROW Folio # 10108

Dear Mr. Bennett:

This matter came before me on a rule to show cause why the Administrator of the Estate of Walter E. Cannon, Demetrius E. Bennett, should not be removed as administrator. Mr. Bennett has failed to file the Inventory and Accounting as required by the Register of Wills. At the rule to show cause hearing, Mr. Bennett failed to appear. From the Bench, I continued this matter because it was unclear whether the notice was sent to Mr. Bennett or was erroneously sent to the Law Firm of Moore and Rutt.

Subsequently, the Sussex County Register of Wills has demonstrated that proper notice to Mr. Bennett, who was *pro se*, was sent by U.S. First Class Mail and also by Certified Mail. The certification of receipt was signed by Mr. Bennett and returned to the Register of Wills.

In light of that demonstration, in light of Mr. Bennett's failure to appear at the rule to show cause hearing on June 23, 2017 and in light of Mr. Bennett's failure to perform his official duties, it is appropriate to remove him as Administrator of the Estate of Walter E. Cannon. An appropriate form of Order is attached.

Sincerely,

/s/ *Sam Glasscock III*

Sam Glasscock III

cc: Sussex County Register of Wills Office

**IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE
IN AND FOR SUSSEX COUNTY
(IN THE JURISDICTION OF THE REGISTER OF WILLS)**

IN THE MATTER OF        )
THE ESTATE OF          )      **Register of Wills**
WALTER E. CANNON      )      **Folio No. 10108**
Deceased.                )

## ORDER

**WHEREAS,** on **October 21, 2015** the Register of Wills of Sussex County granted Letters of Administration to **Demetris E. Bennett** on the estate of **Walter E. Cannon;** and

**WHEREAS,** the said personal representative, **Demetris E. Bennett,** failed to render an accounting of his administration, as required by 12 Del.C. § 2301(a); and

**WHEREAS,** a Rule to Show Cause issued on **May 19, 2017**, pursuant to Rule 194 of this Court; and

**WHEREAS,** the said personal representative, **Demetris E. Bennett,** failed to appear at the hearing of the Rule to Show Cause on **June 23, 2017**, or to submit an explanation of his failure to comply with 12 Del.C. § 2301(a).

**NOW, THEREFORE, IT IS ORDERED AND DECREED:**

(1)    That, pursuant to 12 Del.C. § 1541(a), **Demetris E. Bennett** be and he hereby is removed as personal representative of the estate of **Walter E. Cannon** and that the Letters granted to him by the Register of Wills of Sussex County on **October 21, 2015** be and they hereby are revoked.

(2)    That, any interested party may petition the Register of Wills for successor letters of administration, and within ten (10) days of the appointment of the successor administrator, **Demetris E. Bennett** shall deliver to the said successor administrator all of

the unadministered effects of **Walter E. Cannon**, including books and papers, which shall be in his hands or for which he is answerable.

(3)     That **Demetris E. Bennett** remains answerable to this Court for all acts done as personal representative of this estate that ought not to have been done and for all acts not done that ought to have been done, and is not discharged from liability therefor.

(4).     That the Register of Wills of Sussex County is hereby instructed to cause a copy of this Order to be served on **Demetris E. Bennett** and all interested parties who may wish to apply for successor letters.

(5)     That judgment is entered against **Demetris E. Bennett** in the amount of $25.00, as imposed by the Register of Wills for Sussex County.

Dated: 6/28/17

_____
Vice Chancellor Sam Glasscock III